**Copyrights-In-Suit for IP Address 96.58.134.12**

**ISP:** Bright House Networks
**Location:** Clearwater, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 09/12/2013 |
| All Tied Up | PA0001866077 | 10/19/2013 | 10/21/2013 | 10/20/2013 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 09/29/2013 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 08/24/2013 |
| Baby Blues | PENDING | 10/30/2013 | 11/03/2013 | 11/02/2013 |
| Blindfold Me and Tie Me Up | PENDING | 11/01/2013 | 11/03/2013 | 11/02/2013 |
| Blindfold Me Part #2 | PENDING | 11/03/2013 | 11/06/2013 | 11/04/2013 |
| Body Language | PENDING | 10/26/2013 | 11/01/2013 | 10/27/2013 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 10/25/2013 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 09/13/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 09/30/2013 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 09/23/2013 |
| Girls Love Pink and Diamonds | PA0001862290 | 09/05/2013 | 09/08/2013 | 09/08/2013 |
| Girly Girls | PA0001862284 | 08/28/2013 | 09/08/2013 | 08/29/2013 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/19/2013 |
| Her First Time | PA0001863046 | 09/18/2013 | 09/21/2013 | 09/21/2013 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 08/21/2013 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/06/2013 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 10/12/2013 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 09/08/2013 |
| Like the Sun | PA0001865955 | 10/01/2013 | 10/06/2013 | 10/05/2013 |

EXHIBIT B

LMFL86

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Love with a View | PA0001863369 | 09/25/2013 | 09/27/2013 | 09/29/2013 |
| Lovers at Home | PENDING | 11/05/2013 | 11/10/2013 | 11/07/2013 |
| Malibu Moments | PA0001862283 | 09/03/2013 | 09/08/2013 | 09/06/2013 |
| Malibu Moments Part #2 | PA0001860958 | 08/15/2013 | 09/02/2013 | 08/18/2013 |
| Much Needed Vacation | PA0001866083 | 10/21/2013 | 10/21/2013 | 10/23/2013 |
| My Naughty Girl | PENDING | 10/28/2013 | 11/01/2013 | 11/02/2013 |
| New Romance | PA0001860972 | 08/05/2013 | 09/03/2013 | 10/21/2013 |
| She Bad | PA0001862295 | 08/30/2013 | 09/08/2013 | 09/09/2013 |
| Sneaking In | PA0001860962 | 08/17/2013 | 09/08/2013 | 08/18/2013 |
| So Close Together | PA0001860976 | 08/09/2013 | 09/08/2013 | 08/18/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 08/24/2013 |
| The Best Blondes | PA0001865816 | 10/09/2013 | 10/11/2013 | 10/11/2013 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 10/09/2013 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 10/12/2013 |
| Triple Threat | PA0001860961 | 08/13/2013 | 09/02/2013 | 08/18/2013 |
| Unveiling Part #1 | PA0001863105 | 09/19/2013 | 09/23/2013 | 09/21/2013 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 10/18/2013 |
| Wake Me Up Like This | PA0001862289 | 09/01/2013 | 09/08/2013 | 09/08/2013 |
| We Love Ourselves | PA0001860944 | 08/26/2013 | 09/08/2013 | 08/26/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  40**

EXHIBIT B

LMFL86