**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 8:13-cv-03007-JSM-TBM |
| ) | |
| ROBERTO ROLDAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT WITH NOTICE OF AGREED EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO AMENDED COMPLAINT

COMES NOW Defendant, ROBERTO ROLDAN, by and through the undersigned attorney, and hereby notifies all parties that the undersigned attorney has been retained by Defendant to represent him in the above-captioned action. Additionally, Defendant hereby notifies this Court that an extension of time through Friday, June 27, 2014, has been granted by Plaintiff for Defendant to file a responsive pleading to Plaintiff's Amended Complaint [Doc. 8].

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 20, 2014,** I filed electronically the foregoing with the Clerk of the Court via CM/ECF system which will notify electronically all parties.

*Attorney for Defendant:*

**Cynthia Conlin, P.A.**
1643 Hillcrest Street
Orlando, Florida 32803
Tel 407-965-5519
Fax 407-545-4397
www.cynthiaconlin.com

/s/ Cynthia Conlin, Esq.
CYNTHIA CONLIN, ESQ.
Florida Bar No. 47012
cynthia@cynthiaconlin.com