| OVERLAPPING TIME FRAMES FROM FIRST PUBLICATION TO "HIT DATE" | | | | | | |
|---|---|---|---|---|---|---|
| 8/5/13 | | | | | | |
| 8/6/13 | | | | | | |
| 8/7/13 | | | | | | |
| 8/8/13 | | | | | | |
| 8/9/13 | | | | So Close Together | | |
| 8/10/13 | | | | | | |
| 8/11/13 | | | | | | |
| 8/12/13 | | | | | | |
| 8/13/13 | | | | | Triple Threat | |
| 8/14/13 | | | | | | |
| 8/15/13 | | Malibu Moments Part #2 | | | | |
| 8/16/13 | | | | | | |
| 8/17/13 | | | Sneaking In | | | |
| 8/18/13 | | | | | | |
| 8/19/13 | | | | | | |
| 8/20/13 | | | I Love James Dean | | | |
| 8/21/13 | | | | | | |
| 8/22/13 | | Spontaneous | | | | |
| 8/23/13 | | | Alone is a Dream Left Behind | | | |
| 8/24/13 | | | | | | |
| 8/25/13 | | | | | | |

| Date | New Romance | Come Inside from the Cold / Introducing Kenzie / Malibu Moments | She Bad / A Perfect Match | Wake Me Up Like This | We Love Ourselves | Girls Love Pink and Diamons / Girly Girls |
|---|---|---|---|---|---|---|
| 8/26/13 | | | | | We Love Ourselves | |
| 8/27/13 | | | | | | |
| 8/28/13 | | | | | | Girly Girls |
| 8/29/13 | | | | | | Girly Girls |
| 8/30/13 | | | She Bad | | | |
| 8/31/13 | | | She Bad | | | |
| 9/1/13 | | | She Bad | Wake Me Up Like This | | |
| 9/2/13 | | | She Bad | Wake Me Up Like This | | |
| 9/3/13 | | Malibu Moments | She Bad | Wake Me Up Like This | | |
| 9/4/13 | | Malibu Moments | She Bad | Wake Me Up Like This | | |
| 9/5/13 | | Malibu Moments | She Bad | Wake Me Up Like This | | Girls Love Pink and Diamons |
| 9/6/13 | | Malibu Moments | She Bad | Wake Me Up Like This | | Girls Love Pink and Diamons |
| 9/7/13 | | Introducing Kenzie | She Bad | Wake Me Up Like This | | Girls Love Pink and Diamons |
| 9/8/13 | New Romance | Introducing Kenzie | She Bad | Wake Me Up Like This | | |
| 9/9/13 | New Romance | | | | | |
| 9/10/13 | New Romance | | | | | |
| 9/11/13 | New Romance | | | | | |
| 9/12/13 | New Romance | Come Inside from the Cold | A Perfect Match | | | |
| 9/13/13 | New Romance | Come Inside from the Cold | | | | |
| 9/14/13 | New Romance | | | | | |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 9/15/13 | | | | | | |
| 9/16/13 | | | | | | |
| 9/17/13 | | | | | | |
| 9/18/13 | | | | | | |
| 9/19/13 | | Unveiling Part #1 | Her First Time | | | |
| 9/20/13 | | Unveiling Part #1 | Her First Time | | | |
| 9/21/13 | | Unveiling Part #1 | Her First Time | First and Forever | | |
| 9/22/13 | | | | First and Forever | | |
| 9/23/13 | | | | First and Forever | | |
| 9/24/13 | | | | | | |
| 9/25/13 | | Love with a View | | | | |
| 9/26/13 | | Love with a View | | | | |
| 9/27/13 | | Love with a View | | Almost Famous | | |
| 9/28/13 | | Love with a View | | Almost Famous | | |
| 9/29/13 | | Love with a View | Date Night at Home | Almost Famous | | |
| 9/30/13 | | | Date Night at Home | | | |
| 10/1/13 | | Like the Sun | | | | |
| 10/2/13 | | Like the Sun | | | | |
| 10/3/13 | | Like the Sun | | | | |
| 10/4/13 | | Like the Sun | In Charge | | | |
| 10/5/13 | | Like the Sun | In Charge | | | |
| 10/6/13 | | | In Charge | | | |
| 10/7/13 | | | The Journey | | | |
| 10/8/13 | | | The Journey | | | |
| 10/9/13 | | The Best Blondes | The Journey | | | |
| 10/10/13 | | The Best Blondes | | | | |
| 10/11/13 | | The Best Blondes | ain | Girl | | |

| Date | Bohemian Rhapsody | Much Needed Vacation / Unveiling Part #2 | Grow Up With Me / They Meet Again | All Tied Up / In Love with a ... | | |
|---|---|---|---|---|---|---|
| 10/12/13 | | | They Meet Again | In Love with a ... | | |
| 10/13/13 | | | | | | |
| 10/14/13 | | | | | | |
| 10/15/13 | | Unveiling Part #2 | | | | |
| 10/16/13 | | | | | | |
| 10/17/13 | | | Grow Up With Me | | | |
| 10/18/13 | | | | | | |
| 10/19/13 | | | | All Tied Up | | |
| 10/20/13 | | | | | | |
| 10/21/13 | | | | | | |
| 10/22/13 | | Much Needed Vacation | | | | |
| 10/23/13 | Bohemian Rhapsody | | | | | |
| 10/24/13 | | | | | | |
| 10/25/13 | | | | | | |
| 10/26/13 | | | | | | |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 10/27/13 | Body Languag | | | | | |
| 10/28/13 | | Blindfold Me and Tie Me Up | | | | |
| 10/29/13 | | | | | | |
| 10/30/13 | | | My Naughty Girl | | | |
| 10/31/13 | | | | | | |
| 11/1/13 | | | | Baby Blues | | |
| 11/2/13 | | | | | | |
| 11/3/13 | | Blindfold Me Part #2 | | | | |
| 11/4/13 | | | | | | |
| 11/5/13 | | | Lovers at Home | | | |
| 11/6/13 | | | | | | |
| 11/7/13 | | | | | | |