# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 8:13-cv-03007-JSM-TBM |
| v. | ) |
| ROBERTO ROLDAN, | ) |
| Defendant. | ) |

## NOTICE OF DESIGNATION PURSUANT TO RULE 30(b)(6)

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC ("Plaintiff") hereby designates its Corporate Representative for the deposition dated Friday, February 20, 2015 at 9:30 A.M. as Brittany Snook.

Dated: February 13, 2015

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb, Esq.*