IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff

v.                                            Case No. 8:13-CV-3007-T-30TBM

ROBERTO ROLDAN and
ANGEL ROLDAN,

    Defendants.

_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that Plaintiff and Defendants will mediate the captioned matter on Wednesday, April 29, 2015, beginning at 1:00 p.m. at the offices of Thomas & LoCicero, 601 South Boulevard, Tampa, Florida.

                                                      THOMAS & LOCICERO PL

                                                      By: _/s/ Gregg D. Thomas_
                                                      Gregg D. Thomas
                                                      Florida Bar No. 223913
                                                      Certified Mediator No.: 23971R
                                                      601 South Boulevard
                                                      Tampa, FL 33606
                                                      Telephone:813.984.3060
                                                      Facsimile: 813.984.3070
                                                      gthomas@tlolawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2015, a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF to the following counsel of record:

M. Keith Lipscomb, Esq.
Lipscomb, Eisenberg & Baker, PL
PH 3800
2 S. Biscayne Blvd.
Miami, FL  33131
(klipscomb@lebfirm.com)

Daniel Shatz, Esq.
Lipscomb, Eisenberg & Baker, PL
PH 3800
2 S. Biscayne Blvd.
Miami, FL  33131
(dshatz@lebfirm.com)

Cynthia Ariel Conlin, Esq.
Cynthia Conlin, PA
1643 Hillcrest St.
Orlando, FL  32803
(cynthiaconlin@cynthiaconlin.com)

Bradford A. Patrick, Esq.
Law Offices of Bradford A. Patrick, PA
Suite 200
3001 N. Rocky Point Dr. E.
Tampa, FL  33607
(bap@baplegal.com)

By:   /s/ *Gregg D. Thomas*
        Attorney