**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff(s),

v.                                              CASE NO.  8:13-cv-3007-T-30TBM

ROBERTO ROLDAN,

    Defendant(s).
_____/

**AMENDED ORDER APPOINTING MEDIATOR**
**AND SCHEDULING MEDIATION**

Pursuant to the Court's Order of December 15, 2014, referring this case to mediation and directing the parties to select a Mediator, the Order (Dkt. #58) entered on February 26, 2015, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that:

The following individual is hereby **appointed** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    Gregg D. Thomas, Esq.
    **Address**:    Thomas & LoCicero, PL
        601 South Boulevard
        Tampa, FL
    **Telephone Number**:    813-984-3066    Fax:  813-984-3070
    **E-Mail:**    gthomas@tlolawfirm.com

    **Date/Time of Mediation:**    **WEDNESDAY, APRIL 29, 2015,**
        **AT 1:00 P.M.**

    **Place of Mediation:**    Office of the Mediator

Counsel are **reminded** of their obligations to comply with the provisions in ¶¶ 4(a) an (b) of the Order of Referral.  The mediator is authorized to continue or reschedule the mediation.

The Mediator's attention is drawn to the importance that within **five (5) days** following the mediation conference, the Mediator's Report as to the outcome of mediation be timely filed.

**DONE** and **ORDERED** in Tampa, Florida on March 11, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Mediator
Counsel/Parties of Record


F:\Docs\2013\13-cv-3007 appt mediator.wpd