**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:13-cv-3007-T-30TBM | DATE: | March 26, 2015 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | | |
| MALIBU MEDIA v. ROBERT ROLDAN & ANGEL ROLDAN | | **PLAINTIFF'S COUNSEL** Daniel Statz & Emily Kennedy | |
| | | **DEFENSE COUNSEL** Bradford Patrick | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:41-11:00 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:**     **STATUS CONFERENCE**

All parties appeared by phone. Ms. Conlin called in but due to technical difficulties, she was unable to participate in hearing. Court addressed amended motion for protection - order to follow. Plaintiff advised to address matter of scheduling deadlines prior to conducting additional discovery from Angel Roldan.