UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HONORABLE JAMES S. MOODY, JR.**

| CASE NO. 8:13-cv-3007-T-30TBM | DATE: April 24, 2015 |
|---|---|
| TITLE: Malibu Media, LLC v. Roberto Roldan and Angel Roldan | |
| TIME: 1:25 PM – 1:45 PM | TOTAL: 20 minutes |
| Courtroom Deputy: Ariana Romero | |
| Court Reporter: Melissa Pierson | |
| Counsel for Plaintiff(s): Daniel Shatz, Emilie Marie Kennedy, and M. Keith Lipscomb | |
| Counsel for Defendant(s): Bradford A. Patrick and Cynthia Ariel Conlin | |

## *CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING (TELEPHONIC)*

Court in session.

Plaintiff explains its Amended Complaint to the Court.

The Court construes Plaintiff's Amended Complaint as a supplement to Plaintiff's first Complaint reflecting that Defendants Roberto Roldan remains as a party to the action.

Defendant's counsel, Mr. Patrick, advises the Court he needs more discovery. The Court advises parties to confer amongst each other and advise the Court of new discovery deadlines dates. Once the Court has reviewed their proposed dates, an Amended Case Management and Scheduling Order will be entered. (See order for details.)

The Court vacates its Order Referring Case to Mediation and Directing the Parties to Select a Mediator (Doc No. 28).

Plaintiff's counsel stipulates on the record that it agrees to dismiss Roberto Roldan without prejudice conditioned upon his testimony being truthful. The Court dismisses Roberto Roldan as a party from this action.

Court adjourned.