# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                              Case No: 8:13-cv-3007-T-30TBM

ROBERTO ROLDAN and ANGEL ROLDAN,

    Defendants.

## ORDER

THIS CAUSE came before the Court for hearing on Plaintiff's Motion for Entitlement to Fees and Sanctions against Attorney Cynthia Conlin, Esq. (Dkt. #67), Roberto Roldan's Order to Show Cause (Dkt. #75), and the Joint Emergency Motion to Continue Mediation (Dkt. #84). After hearing argument from counsel and otherwise being advised of the premises, it is therefore

**ORDERED AND ADJUDGED** that:

1. The Court vacates its Order Referring Case to Mediation and Directing the Parties to Select a Mediator (Dkt. #28.) The mediation scheduled for April 29, 2015, at 1:00 PM before Gregg D. Thomas is canceled.

2. The Parties' Joint Emergency Motion to Continue Mediation (Dkt. #84) is DENIED as moot.

3. The Court construes Plaintiff's Second Amended Complaint (Dkt. #61) as a supplement to Plaintiff's First Amended Complaint (Dkt. #8) thereby retaining Roberto Roldan as a party to the action.

4. Plaintiff's counsel stipulated on the record that it agrees to dismiss Roberto Roldan without prejudice conditioned upon his testimony being truthful. Therefore, the Court dismisses Roberto Roldan as a party to this action.

5. Defendant Roberto Roldan's Order to Show Cause (Dkt. #75) is DENIED as moot.

6. Defendant Roberto Roldan's Motion for Summary Judgment (Dkt. #36) is DENIED as moot.

7. The Court directs the remaining parties to file a Case Management Report on or before May 8, 2015.

8. The Court will take Plaintiff's Motion for Entitlement to Fees and Sanctions against Attorney Cynthia Conlin, Esq. (Dkt. #67) under advisement.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of April, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
S:\Odd\2013\13-cv-3007 84.docx