## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                                                    Case No: 8:13-cv-3007-T-30TBM

ANGEL ROLDAN,

      Defendant.

_____

## ORDER

THIS CAUSE is before the Court on Defendant's Motion for Clarification or, in the Alternative, Motion to Reopen Case for Entry of Dismissal with Prejudice (Dkt. 116). On January 21, 2016, the mediator assigned to this copyright infringement case notified the Court that the parties had reached a settlement. Accordingly, the Court entered an order dismissing the action without prejudice for a period of sixty (60) days, after which the dismissal would be with prejudice. Plaintiff's motion asks whether those terms in that order apply to Roberto Roldan, who was formerly named as a defendant in this action. If that order did not apply to Roberto Roldan, the motion asks the Court to reopen the case and enter a final order of dismissal with prejudice in favor of Roberto.

But as Defendant's motion points out, a previous order had already dismissed Roberto without prejudice. *See* Dkt. 90, p. 2 ("Plaintiff's counsel stipulated on the record that it agrees to dismiss Roberto Roldan without prejudice conditioned upon his testimony being truthful. Therefore, the Court dismisses Roberto Roldan as a party to this action.").

Thus, when the Court dismissed this action in January 2016, Roberto was no longer a party to it. This fact supplies the clarification Defendant seeks.

It is ORDERED AND ADJUDGED that:

1.    Plaintiff's Motion for Clarification or, in the Alternative, Motion to Reopen Case for Entry of Dismissal with Prejudice (Dkt. 116) is GRANTED in part and DENIED in part.

2.    To the extent the motion seeks clarification, it is GRANTED, and the clarification is provided as follows: the Court's January 21, 2016 dismissal order applied to the parties to the cause of action; those parties were Plaintiff Malibu Media, LLC and Defendant Angel Roldan. Former defendant Roberto Roldan remains dismissed, as he was then, without prejudice.

3.    To the extent the motion seeks a reopening of the case or the addition of Roberto Roldan as a defendant, it is DENIED.

4.    Sixty (60) days has now elapsed since this Court's order dismissing this case; accordingly, the case is now DISMISSED WITH PREJUDICE.

5.    The Clerk is directed to close this file and deny any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of April, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

2