[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-11767

_____

D.C. Docket No. 8:13-cv-03007-JSM-TBM

MALIBU MEDIA, LLC,

                                               Plaintiff–Appellee,

versus

ROBERTO ROLDAN,

                                               Defendant–Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 17, 2018)

Before TJOFLAT, ROSENBAUM and SENTELLE,[*] Circuit Judges.

PER CURIAM:

---

[*] Honorable David Bryan Sentelle, United States Circuit Judge for the District of Columbia, sitting by designation.

In this case, after Appellant, one of two defendants, moved the District Court for summary judgment on Plaintiff's copyright infringement claims, Plaintiff "stipulated" that the Court dismiss Appellant from the case without prejudice.[1] The Court, in response, entered an order dismissing Appellant without prejudice. Appellant thereafter moved the Court pursuant to Federal Rule of Civil Procedure 59(e) to amend its order to provide that the dismissal was with prejudice. The Court denied his motion, and Appellant appealed.

During oral argument, Plaintiff's counsel conceded that the District Court should have dismissed Appellant with prejudice. Given this concession, we vacate the District Court's order and instruct the Court to enter a judgment dismissing Appellant from this case with prejudice.

SO ORDERED.

---

[1] Appellant did not join in the "stipulation."

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 17, 2018

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 16-11767-JJ
Case Style: Malibu Media, LLC v. Roberto Roldan
District Court Docket No: 8:13-cv-03007-JSM-TBM

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.** Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. See 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. See 11th Cir. R. 35-5(k) and 40-1.

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for writ of certiorari (whichever is later) via the eVoucher system. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Pursuant to Fed.R.App.P. 39, each party to bear own costs.

The Bill of Costs form is available on the internet at www.ca11.uscourts.gov

For questions concerning the issuance of the decision of this court, please call the number referenced in the signature block below. For all other questions, please call Tiffany A. Tucker, JJ at (404)335-6193.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Djuanna Clark
Phone #: 404-335-6161

OPIN-1A Issuance of Opinion With Costs