UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                Case No: 8:13-cv-3007-T-30TBM

ANGEL ROLDAN,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Opinion/Order and Mandate from the 11th Circuit vacating this Court's Order clarifying Roberto Roldan's dismissal from the case without prejudice. (Dkt. 117).

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Clerk is directed to reopen this case.

2. The Court hereby vacates the portions of the April 1, 2016 Order (Dkt. 117) that clarified Roberto Roldan's dismissal without prejudice and that denied reopening the case to dismiss Roberto Roldan with prejudice.

3. Roberto Roldan is hereby dismissed with prejudice.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of May, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record