**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ROBERTO ROLDAN,<br><br>      Defendant. | Civil Action No. 8:13-CV-03007 |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

  Undersigned counsel M. Keith Lipscomb of the law firm Lipscomb & Partners, PLLC (formerly with Lipscomb, Eisenberg & Baker, PL ("LEB")) hereby moves for the entry of an order authorizing him and LEB to withdraw from representing Plaintiff Malibu Media, LLC ("Plaintiff"), and in support states:

  1. "[A] lawyer may withdraw from representing a client if: … (3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled [or] (4) the representation … has been rendered unreasonably difficult by the client…." Fla. R. Prof. Conduct 4-1.16(b).

  2. The foregoing circumstances are present and warrant LEB and undersigned's withdrawal. While there is more, it should be sufficient to say that undersigned has not spoken to the Plaintiff in over two years and that Plaintiff's owners made it crystal clear to undersigned that they will not speak with undersigned. And, the end of undersigned and Plaintiff's relationship was otherwise very cantankerous.

3. Should the Court have any further questions about the details necessitating the withdrawal, undersigned suggests a teleconference so that undersigned may explain without disclosing privileged information.

4. In March of 2016, LEB and undersigned withdrew from several cases wherein LEB and undersigned were representing Plaintiff. At that time, and presumably now, Plaintiff expressly acknowledged that it did not object to the motions to withdraw.

5. A copy of this motion is being emailed to the address that undersigned has on file for Plaintiff's owner. A copy is also being physically mailed to the last known address undersigned has for Plaintiff, which is also the address set forth on the California Secretary of State website for Malibu Media. Specifically:

MALIBU MEDIA, LLC
C/O COLETTE PELISSIER
(f/k/a Collete Field)
9701 WILSHIRE BLVD 10TH FLOOR
BEVERLY HILLS CA 90212.

WHEREFORE, undersigned respectfully requests that the Court enter an order authorizing undersigned's withdrawal, and granting Plaintiff a sixty (60) day extension of all case deadlines to retain substitute counsel.

Dated: June 5, 2018

Respectfully submitted,

By:   /s/ *M. Keith Lipscomb*
M. Keith Lipscomb, Esq. (Fla. Bar. 429554)
**LIPSCOMB & PARTNERS, PLLC**
kl@lipscombpartners.com
25 SE 2nd Ave, 8th Floor
Miami, FL 33131
Business: (786) 431-2228
Facsimile: (786) 431-2229

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 5, 2018, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system. Further, a copy was emailed and physically mailed to Plaintiff.

                                               By:    /s/ *M. Keith Lipscomb*