**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>ROBERTO ROLDAN,<br><br>                    Defendant. | Civil Action No. 8:13-CV-03007 |

**PLAINTIFF'S MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES**

Plaintiff moves for the entry of an order extending the time within which it has to respond to Defendant's, Roberto Roldan (hereinafter "Defendant"), Motion for Attorney's Fees (Dkt. 133) (the "Motion"), and states:

1. This case was recently remanded from the Eleventh Circuit with instructions for this Honorable Court to enter an order dismissing Defendant, with prejudice.

2. On May 21, 208, This Honorable Court entered its Order dismissing Defendant with prejudice (Dkt. 132).

3. On June 4, 2018, Defendant filed a Motion for Attorney's Fees (Dkt. 133) and Proposed Bill of Costs (Dkt. 134).

4. Plaintiff's response to the Motion for Attorney's Fees would regularly be due on June 18, 2018.

5. During the time this case has been dormant since 2016, pending the outcome of the appeal, all of the counsel of record for Plaintiff have ceased representation of Plaintiff.

6. The undersigned is advised that Plaintiff has now secured substitute counsel for the above-referenced matter with Lorri Lomnitzer, Esq., and the Lomnitzer Law Firm, P.A.

1

7. To effect that change in representation, the undersigned has been advised that Ms. Lomnitzer is preparing a stipulation for substitution of counsel that will be filed shortly. That stipulation will request, and provide client's consent, that this Court enter an order through which Plaintiff's existing counsel: (1) Lipscomb, Eisenberg and Baker, PL, (2) Michael Keith Lipscomb, (3) Emilie Kennedy and (4) Daniel Shatz are substituted out as Plaintiff's counsel and the Lomnitzer Law Firm, P.A., is substituted in as Plaintiff's counsel.

8. Plaintiff, Malibu Media LLC, has forwarded Defendant's Motion for Attorney's Fees to attorney Lorri Lomnitzer and would like Ms. Lomnitzer to have time to review the history of the above-captioned matter, the Eleventh Circuit appeal, and to have sufficient time to prepare a response to Defendant's Motion for Attorney's Fees.

9. Ms. Lomnitzer has advised Plaintiff, and the undersigned, that she could reasonably complete the substitution of counsel, become familiar with the history of this matter, the history of the appeal, and prepare a response to the Motion for Attorney's Fees, with a short extension of time of thirty (30) days, to and including July 18, 2018.

10. Consequently, Plaintiff respectfully requests that the Court enter an order granting Plaintiff an additional thirty (30) days, to and including July 18, 2018, to respond to Defendant's Motion for Attorney's Fees.

11. The undersigned certifies that he conferred with Defendant's Counsel regarding the requested extension of time and Defendant's Counsel indicated she was opposed to the relief requested.

12. Despite Defendant's Counsel's opposition to the short extension requested so that substitute counsel may familiarize herself with the above-captioned matter, appeal, and prepare a response to Defendant's Motion for Attorney Fees, neither party will be prejudiced if the Court

grants this thirty (30) day motion for extension.

WHEREFORE, Plaintiff respectfully requests the Court enter an order extending the time within which it has to respond to Defendant's, Roberto Roldan, Motion for Attorney Fees (Dkt. 133) thirty (30) days, to and including July 18, 2018, and granting Plaintiff any other and further relief the Court deems just and proper.

Dated: June 12, 2018

Respectfully submitted,

By:     /s/ *M. Keith Lipscomb*
M. Keith Lipscomb, Esq. (Fla. Bar. 429554)
**LIPSCOMB & PARTNERS, PLLC**
kl@lipscombpartners.com
25 SE 2nd Ave, 8th Floor
Miami, FL 33131
Business: (786) 431-2228
Facsimile: (786) 431-2229

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2018, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system and served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system.

By:     /s/ *M. Keith Lipscomb*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that on June 11, 2018, undersigned conferred with counsel for Defendant via email who advised that Defendant does oppose the Court entering an order granting the relief requested through this motion.

By:     /s/ *M. Keith Lipscomb*