AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Middle **District of** Florida

| | |
|---|---|
| Malibu Media, LLC<br>Plaintiff (s),<br>V.<br>Roberto Roldan<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 8:13-cv-03007 |

Notice is hereby given that, subject to approval by the court, __Malibu Media, LLC__ substitutes
(Party (s) Name)

__Lorri Lomnitzer__, State Bar No. __37632__ as counsel of record in place
(Name of New Attorney)

place of __Emilie Kennedy, Keith Lipscomb, and Daniel Shatz__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Lomnitzer Law Firm, P.A.

Address: 7999 N. Federal Highway

Telephone: (561) 953-9300    Facsimile (310) 734-4053

E-Mail (Optional): lorri@lomnitzerlaw.com

I consent to the above substitution.

Date: 06/11/2018

/s/ Colette Pelissier
X _(signature)_
(Signature of Party (s))

I consent to being substituted.

Date: 06/11/2018

/s/ Emilie Kennedy
/s/ Keith Lipscomb
/s/ Daniel Shatz
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 06/11/2018

/s/ Lorri Lomnitzer
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**