UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                          Case No: 8:13-cv-3007-T-30JSS

ANGEL ROLDAN,

    Defendant.
_____/

**ORDER**

THIS MATTER is before the Court on the Motion to Withdraw as Counsel for Plaintiff ("Motion to Withdraw") (Dkt. 135) and Plaintiff's Consent Order Granting Substitution of Attorney (Dkt. 140), which the Court construes as a supplement to Plaintiff's Motion to Withdraw. Plaintiff seeks entry of an order permitting current counsel of record, M. Keith Lipscomb, Angela Marie Lipscomb, Emilie Marie Kennedy, and Daniel C. Shatz to withdraw from further representation of Plaintiff and requests substitution of attorney Lorri Lomnitzer as counsel for Plaintiff. (*Id.*) As the requirements of Middle District of Florida Local Rule 2.03(b) have been satisfied for withdrawal of Plaintiff's current counsel of record, it is

**ORDERED**:

1. The Motion to Withdraw as Counsel for Plaintiff (Dkt. 135) is **GRANTED** to the extent that M. Keith Lipscomb, Angela Marie Lipscomb, Daniel C. Shatz, and Emilie Marie Kennedy are terminated as counsel of record for Plaintiff.

2. The Clerk is directed to terminate attorneys M. Keith Lipscomb, Angela Marie Lipscomb, Daniel C. Shatz, and Emilie Marie Kennedy as counsel of record for Plaintiff.

    3.     M. Keith Lipscomb, Angela Marie Lipscomb, Daniel C. Shatz, and Emilie Marie Kennedy are relieved of any further responsibility of representing Plaintiff in this case.

    4.     M. Keith Lipscomb's request for a sixty-day extension of all case deadlines for Plaintiff to retain substitute counsel (Dkt. 135) is **DENIED** as moot as Plaintiff has retained Lorri Lomnitzer as its counsel (Dkt. 140).

    **DONE** and **ORDERED** in Tampa, Florida, on June 18, 2018.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record