**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC,     ) | |
|       ) | |
|    Plaintiff,     ) | |
| v.                ) | Civil Action No. |
|       ) | 8:13-cv-03007-JSM-TBM |
| ROBERTO ROLDAN,     ) | |
|       ) | |
|    Defendant.    ) | |
|       ) | |

### DEFENDANT ROBERTO ROLDAN'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES

COMES NOW Defendant ROBERTO ROLDAN, by and through his undersigned counsel, pursuant to Local Rule 3.01(c), and seeks leave to reply, up to 10 pages, to Plaintiff's responses at Docs. 150 and 151.

In its reply, Plaintiff makes several misstatements including allegations that Defendant litigated in bad faith, delayed resolution of the case, and withheld evidence. Defendant wishes to rebut such claims that:

1. Defendant "vexatiously multiplied the proceedings by consciously withholding exculpatory evidence for the sole purpose of obtaining attorney fees from Plaintiff," Doc. 151 at 2; Doc. 150 at 2.

2. "Defendant Files A Baseless and Improper Motion to Dismiss." Doc. Doc. 150 at 4; Doc. 151 at 4.

3. "Plaintiff Requested and Defendant Purposefully Withholds Reasonable Discovery." Doc. 150 at 5; Doc. 151 at 5.

4. "In a bad faith attempt to increase his fees and protract the litigation, Defendant sat on documents." Doc 150 at 7; Doc 151 at 6.

5. That Defendant withheld evidence that "Plaintiff expressly requested through formal discovery." Doc 150 at 8; Doc. 151 at 8.

6. "Defendant initiated . . . needless discovery in an effort to increase his attorney fees." Doc 150 at 9; Doc. 151 at 9.

7. That "defendant prevail[ed] despite evidence of infringement". Doc. 150 at 12; Doc. 151 at 12.

8. "[T]he infringement was committed by a member of the defendant's household." Doc. 150 at 12; Doc. 151 at 13.

Roldan seeks leave to address these positions and arguments that were not cited in Roldan's motion. Roldan's reply will be no more than ten (10) pages and can be filed on or before August 7, 2018. This motion is not being filed for purposes of delay and no party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant, ROBERTO ROLDAN, seeks leave to file a reply of up to 10 pages to Defendants' responses (Doc. 150 and 151) on or before August 7, 2018.

**LOCAL RULE 3.01(g) CERTIFICATE OF GOOD-FAITH CONFERENCE**

I, the undersigned attorney, hereby certify that I conferred Lorri Lomnitzer, Esq., counsel for Plaintiff, who expressed that Plaintiffs were <u>not</u> opposed to the granting of the relief requested herein.

*Attorney for Plaintiff Duncanson:*
/s/ Jennifer Reed
JENNIFER REED, ESQ.
Florida Bar No. 104986

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 3, 2018**, I filed electronically the foregoing with the Clerk of the Court via CM/ECF system which will notify all persons authorized to receive notices of electronic filing.

*Attorney for Roberto Roldan:*

**Cynthia Conlin & Associates**
543 Hillcrest Street
Orlando, Florida 32803-4809
Tel. 405-965-5519
Fax 405-545-4395
www.conlinpa.com

/s/ Cynthia Conlin, Esq.
Cynthia CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@conlinpa.com
service@conlinpa.com