**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:13-cv-03007-JSM-TBM |
| ) | |
| v. ) | |
| ) | |
| ROBERTO ROLDAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S, MALIBU MEDIA, LLC, UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTIONS FOR ATTORNEY'S FEES**

COMES NOW Plaintiff, Malibu Media, LLC, by and through its undersigned counsel, pursuant to Local Rule 3.01(c), and seeks leave to file a sur-reply, up to ten (10) pages, to Defendant's Reply at CM/ECF 154.

Plaintiff seeks leave to address: (1) the position not addressed in Defendant's initial Motions For Attorney's Fees [CM/ECF 133 and 148] that the Exculpatory Evidence not produced by Defendant until Summary Judgment was not responsive to the written discovery propounded by Plaintiff and therefore not produced; and, (2) Defendant's argument made regarding another case Malibu Media Case No 1:14-cv-20213-UU. Plaintiff's Sur-Reply will be no more than ten (10) pages and can be filed on or before August 21, 2018. This motion is not being filed for purposes of delay and no party will be prejudiced by the granting of this motion as the relief requested herein is agreed to by the parties.

WHEREFORE, Plaintiff, Malibu Media, LLC, seeks leave to file a sur-reply of up to ten (10) pages to Defendant's reply [CM/ECF 154] on or before August 21, 2018.

Dated: August 16, 2018                    Respectfully submitted,

By: /s/ Lorri Lomnitzer
Lorri Lomnitzer
Florida Bar No.: 37632
Lorri@Lomnitzerlaw.com
Spensyr Ann Krebsbach
Florida Bar No.: 085132
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Suite 200
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
Fax: (561) 953-3455
*Attorneys for Plaintiff*

**LOCAL RULE 3.01(g) CERTIFICATE OF GOOD-FAITH CONFERENCE**

I, the undersigned attorney, hereby certify that I conferred with counsel for the Defendant, Jennifer Reed, Esq., who expressed that Plaintiffs were not opposed to the granting of the relief requested herein.

By:   /s/ *Lorri Lomnitzer*
Lorri Lomnitzer
Florida Bar No.: 37632
Lorri@Lomnitzerlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2018, a true and correct copy of the foregoing, Plaintiff's Unopposed Motion for Leave to File a Sur-Reply, was filed with the

3

Clerk of Court using the CM/ECF system and served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system.

        By:   /s/ *Lorri Lomnitzer*
              Lorri Lomnitzer
              Florida Bar No.: 37632
              Lorri@Lomnitzerlaw.com