**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | Civil Action No. |
| ) | 8:13-cv-03007-JSM-TBM |
| ROBERTO ROLDAN, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

**AMENDED UNOPPOSED [1] MOTION FOR LEAVE TO FILE A REPLY TO [160] PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEY'S FEES**

COMES NOW Defendant ROBERTO ROLDAN, by and through his undersigned counsel, pursuant to Local Rule 3.01(c), and requests this Honorable Court to enter an order granting him leave to file a Reply, not to exceed 10 pages, to [160] Plaintiff's opposition to [159] Defendant's motion for attorney's fees.

**I.   Legal Standard**

"No party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave." Local Rule 3.01(c).

>A motion requesting leave to file either a motion in excess of 25 pages, a response in excess of 20 pages, or a reply or further memorandum shall not exceed three pages, shall specify the length of the proposed filing, and shall not

---

[1] This amendment is only to update the certificate of good-faith conference of [161] and state that Plaintiff is unopposed

include, as an attachment or otherwise, the proposed motion, response, reply, or other paper.

Local Rule 3.01(d).

## II. Analysis

Defendant respectfully requests leave to file a reply, not to exceed ten pages, to address the following issues first raised in Plaintiff's response:

1. Plaintiff's request that this Court rule on Plaintiff's Motion for Sanctions;

2. Plaintiff's allegation that an appeal was not necessary, alleging that Defendant's counsel made no objection to the Court's ruling to dismiss Roldan without prejudice;

3. Plaintiff's allegations that attorney's fees should not be awarded after September 2014 for failing to provide exculpatory evidence sooner; and

4. Plaintiff's allegations that Defendant's counsel "vexatiously" multiplied the proceedings.

Defendant seeks leave to address these positions and arguments in the response that were not addressed in Defendant's motion. Defendant's reply will be no more than ten (10) pages and Defendant requests 7 days after this Court enters an order to file a reply. This motion is not being filed for purposes of delay and no party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant, ROBERTO ROLDAN, seeks leave to file a reply of up to 10 pages to (Doc. 160) Defendants' response within 7 days of an order hereon.

**LOCAL RULE 3.01(g) CERTIFICATE OF GOOD-FAITH CONFERENCE**

I, the undersigned attorney, hereby certify that I conferred Lorri Lomnitzer, Esq., counsel for Plaintiff, who expressed that Plaintiffs were <u>not</u> opposed to the granting of the relief requested herein.

*Attorney for Plaintiff Duncanson:*
<u>/s/ Jennifer Reed</u>
JENNIFER REED, ESQ.
Florida Bar No. 104986

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 25, 2019**, I filed electronically the foregoing with the Clerk of the Court via CM/ECF system which will notify all persons authorized to receive notices of electronic filing.

*Attorney for Roberto Roldan:*

**Cynthia Conlin & Associates**
543 Hillcrest Street
Orlando, Florida 32803-4809
Tel. 405-965-5519
Fax 405-545-4395
www.conlinpa.com

/s/ Cynthia Conlin, Esq.
Cynthia CONLIN, ESQ.
Florida Bar No. 47012
Cynthia@conlinpa.com
service@conlinpa.com