UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ROBERTO ROLDAN, )<br>)<br>  Defendant. )<br>) | Case No. 8:13-cv-03007-JSM-TBM |

**PLAINTIFF'S, MALIBU MEDIA, LLC, AND DEFENDANT'S, ROBERTO RODAN, JOINT MOTION REQUESTING ENTRY OF STIPULATED FINAL JUDGMENT**

COMES NOW Plaintiff, Malibu Media, LLC, and Defendant, Roberto Roldan, by and through their undersigned counsel, and hereby move for entry of the proposed Stipulated Final Judgment against Plaintiff, Malibu Media, LLC, which is attached as Exhibit "A" and may be entered at this time without further hearing if this Honorable Court agrees.

WHEREFORE, Plaintiff, Malibu Media, LLC, and Defendant, Roberto Roldan, jointly move for this Honorable Court's entry of the Stipulated Judgment.

| By: /s/ Lorri Lomnitzer | By: /s/ Cynthia Conlin, Esq. |
|---|---|
| LORRI LOMNITZER, ESQ. | CYNTHIA CONLIN, ESQ. |
| Florida Bar No.: 37632 | Florida Bar 47012 |
| Lorri@Lomnitzerlaw.com | Cynthia Conlin & Associates |
| Spensyr Ann Krebsbach | 1643 Hillcrest Street |
| Florida Bar No.: 085132 | Orlando FL 32803 |
| THE LOMNITZER LAW FIRM, P.A. | 407-965-5519 |
| 7999 N. Federal Highway, Suite 200 | cynthia@conlinpa.com |
| Boca Raton, FL 33487 | service@conlinpa.com |
| Tel.: (561) 953-9300 / (561) 953-9301 | *Attorneys for Defendant* |
| Fax: (561) 953-3455 | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2019, a true and correct copy of the foregoing, was filed with the Clerk of Court using the CM/ECF system and served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system.

By:  /s/ *Lorri Lomnitzer*
Lorri Lomnitzer
Florida Bar No.: 37632
Lorri@Lomnitzerlaw.com