# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No. 8:13-cv-03007-JSM-TBM |
| v. | ) |
| ROBERTO ROLDAN, | ) |
| Defendant. | ) |

**PLAINTIFF'S, MALIBU MEDIA, LLC, AND DEFENDANT'S, ROBERTO RODAN, STIPULATED FINAL JUDGMENT FOR ATTORNEYS' FEES**

On May 7, 2019, this Court awarded Defendant, Roberto Roldan, the amount of $69,084.53 in attorneys' fees and costs against Plaintiff, Malibu Media, LLC. See CM/ECF 163.

IT IS HEREBY ORDERED AND ADJUDGED AND DECREED THAT:

Judgment for attorneys' fees and costs in the amount of $69,084.53, is entered in favor of Defendant, Roberto Roldan, and against Plaintiff, Malibu Media, LLC.

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Judgment.

IT IS SO ORDERED.

Dated:_____        _____

UNITED STATES DISTRICT JUDGE

2

SO STIPULATED AND AGREED:

| | |
|---|---|
| Dated: July 1, 2019<br><br>By: /s/ Lorri Lomnitzer<br>LORRI LOMNITZER, ESQ.<br>Florida Bar No.: 37632<br>Lorri@Lomnitzerlaw.com<br>Spensyr Ann Krebsbach<br>Florida Bar No.: 085132<br>THE LOMNITZER LAW FIRM, P.A.<br>7999 N. Federal Highway, Suite 200<br>Boca Raton, FL 33487<br>Telephone: (561) 953-9300<br>Direct: (561) 953-9301<br>Fax: (561) 953-3455<br>*Attorneys for Plaintiff* | Dated: July 1, 2019<br><br>By: /s/ Cynthia Conlin, Esq.<br>CYNTHIA CONLIN, ESQ.<br>Florida Bar 47012<br>Cynthia Conlin & Associates<br>1643 Hillcrest Street<br>Orlando FL 32803<br>407-965-5519<br>cynthia@conlinpa.com<br>service@conlinpa.com<br>*Attorneys for Defendant* |

2